# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**GLOBAL SOURCING, LTD.,**

        **Plaintiff,**

-vs-                                             Case No.  3:21-cv-149

**SERA CO, LTD.,**

## ORDER TO FILE STATUS REPORT

This cause comes before the Court on its own initiative. The above captioned matter was filed with this Court on May 21, 2021. To date, there has been no filing of proof of service or waiver.

Therefore, the Court ORDERS that Plaintiff's counsel file a written status report with this Court within fourteen (14) days from the date of this Order regarding the status of service upon the Defendant.

**DONE** and **ORDERED** in Dayton, Ohio on this 1st day of September, 2021.

*s/ Thomas M. Rose*

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT